UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Faith S. Hochberg

v. : Crim. No. 10-667-02

JOSEPH PASSALAQUA : O R D E R

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lisa M. Colone, Assistant U.S. Attorney), and defendant Joseph Passalaqua (by K. Anthony Thomas, Esq.), for the entry of a partial restitution order in the above-captioned matter; and for good cause shown;

IT IS on this 5th day of March ~~February~~, 2012

ORDERED that the defendant shall make restitution in the amount of $39,737.98. This number reflects a partial restitution payment. Payments should be made payable to the U.S. Treasury and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for distribution to the following victim:

        Praetorian Insurance Company    $39,737.98
        York Risk Services Group, Inc.
        P.O. Box 5245
        Parsippany, NJ 07054-6245
        Attn: Recovery Unit
        Reference Claim #YKRE-003460

IT IS FURTHER ORDERED that the amount ordered represents the total amount due to this victim for its losses. The defendant's restitution obligation shall not be affected by any restitution payments made by other defendants in this case, except that no further payments shall be required after the sum of the amounts actually paid by all defendants have fully satisfied these losses. The following defendant(s) in the following case(s) may be subject to restitution orders to the same victims for these same losses:

| | |
|---|---|
| Raffaele Danise | Cr. No.: 10-638-01 (FSH) |
| Joseph Smith | Cr. No.: 10-649-01 (FSH) |
| Jonah Paul | Cr. No.: 10-667-01 (FSH) |
| Dustin Groemm | Cr. No.: 10-667-03 (FSH) |
| Rashawn Landin | Cr. No.: 10-667-04 (FSH) |
| Brian Parolin | Cr. No.: 10-667-05 (FSH) |
| Erik Prascak | Cr. No.: 10-667-06 (FSH) |

IT IS FURTHER ORDERED that the restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $250 to commence 30 days after release from confinement.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

HONORABLE FAITH S. HOCHBERG<br>
United States District Judge